UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

OCEAN REALTY OF NEW YORK, LLC, et al.,  :

        Plaintiffs,  :      <u>NOT FOR PUBLICATION</u>
                       :      <u>ORDER</u>

        -against-  :

DEPARTMENT OF VETERANS AFFAIRS  :      09-CV-4287 (CBA)(JO)

        Defendants.  :

---------------------------------------------------------------X

AMON, United States District Judge:

This Court has received the Report and Recommendation of the Honorable James Orenstein, United States Magistrate Judge, dated March 25, 2010, recommending that this Court dismiss plaintiffs' claims with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. As no party has objected, the Court hereby adopts the Report and Recommendation of March 25, 2010 as the opinion of the Court. Accordingly, consistent with the recommendations therein, this Court orders that plaintiffs' claims be dismissed with prejudice. The Clerk of the Court is directed to enter judgment in accordance with this Order and close this case.


        SO ORDERED.


Dated:      Brooklyn, New York
           April 28 2010

                              s/Hon. Carol B. Amon

                              Carol Bagley Amon
                              United States District Judge